#10

FILED

2004 FEB 18 P 2:05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

MICHAEL ISHMAEL, Petitioner.

vs.

JOHN ASHCROFT, ATTORNEY
GENERAL, UNITED STATES OF
AMERICA, Respondent

: CIVIL ACTION NO.
: 3:03 CV 398 (AWT)
:
: FEBRUARY 17, 2004
:

---

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to direct instructions from the Client-Petitioner, who prefers immediate removal to continued incarceration, the undersigned hereby stipulates that the above-captioned matter may be dismissed with prejudice, without costs or attorney's fees, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

THE PETITIONER

by Roberto T. Lucheme, Esq.
His Attorney
Juris Number CT 09 911

41 Hebron Avenue
Glastonbury, CT 06033

Telephone (860) 633-1962

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT